IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOYCE ANN JAMES                                             PLAINTIFF

v.                        CIVIL NO. 05-2135

JO ANNE B. BARNHART, Commissioner
Social Security Administration                             DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 9, 2005, plaintiff filed a complaint with this court after being denied disability benefits. (Doc. #1 ). After failing to timely serve, an Order, dated July 7, 2006, was filed directing plaintiff to show cause why the action against the defendant should not be dismissed. (Doc. #3). Plaintiff's response, dated July 7, 2006, indicating she has been granted benefits by the defendant is construed as a voluntary motion to dismiss the case. (Doc. # 4). Accordingly, we recommend dismissing plaintiff's case with prejudice.

**The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this 24th day of July 2006.

                                                    /s/ Beverly Stites Jones
                                                    HON. BEVERLY STITES JONES
                                                    UNITED STATES MAGISTRATE JUDGE