IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOYCE ANN JAMES                                                    PLAINTIFF

v.                          CIVIL NO. 05-2135

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                     DEFENDANT

## JUDGMENT

Now on this 11th day of August 2006, comes on for consideration the Report and Recommendation dated July 24, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; and dismisses plaintiff's case with prejudice.

IT IS SO ORDERED.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 1 1 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)